IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| XAVIER M. PHILLIPS | ) CR. NO. 2:07cr241-MHT |
| | ) [18 USC 1168(b); |
| | ) 18 USC 2] |
| | ) |
| | ) INFORMATION |

The United States Attorney charges:

## COUNT 1

From on or about the 15th day of January, 2005, through on or about the 30th day of January, 2005, at the Tallapoosa Entertainment Center ("TEC") owned and operated by the Poarch Band of Creek Indians in Montgomery County, Alabama, and within the Middle District of Alabama,

XAVIER M. PHILLIPS,

defendant herein, then being an employee of TEC, a gaming establishment operated by and licensed by an Indian tribe pursuant to an ordinance and resolution approved by the National Indian Gaming Commission, while aided and abetted by others both known and unknown did embezzle, abstract, purloin and willfully misapply with intent to steal monies, funds and assets of TEC of a value of approximately $28,815.00, in violation of Title 18, United States Code, Sections 1168(b) and 2.

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Kent B. Brunson
Assistant United States Attorney