UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
)
vs. )   CASE NO: 2:07cr241-MHT
)
XAVIER MARQUEZ PHILLIPS )

## NOTICE OF APPEARANCE

Comes now Thomas A. Radney and requests that the Court enter him as the attorney of record for the Defendant, Xavier Marquez Phillips.

Respectfully submitted this the 11th day of October, 2007.

_____
Thomas A. Radney (RAD007)
Attorney for Defendant
RADNEY & RADNEY, LLC
Post Office Box 819
Alexander City, AL 35011
(256) 234-2547 (telephone)
(256) 234-7871 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this the 11th day of October, 2007.

Leura G. Canary, Esq.
Kent B. Brunson, Esq.
U.S. Department of Justice
Post Office Box 197
Montgomery, AL 36101-0197

_____
OF COUNSEL