# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

XAVIER M. PHILLIPS

WAIVER OF INDICTMENT

CASE NUMBER: 2:07cr241-MHT

I, __Xavier M. Phillips__, the above named defendant, who is accused of

VIOLATIONS OF TITLE 18 USC §§ 1168(b) & 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/18/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer