IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr241-MHT |
| | ) | |
| XAVIER M. PHILLIPS | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to United States Sentencing Guidelines Section 5K1.1 moves for a one (1) level downward departure in the defendant's total offense level. This request is based upon the following:

The defendant met with Department of Interior Special Agent Renard Frett and provided information which will be helpful in the investigation of others involved in defrauding the Tallapoosa Entertainment Center. To date no additional charges have been brought, but the investigation is active and additional charges are expected.

WHEREFORE, for the reason set forth above and pursuant to U.S.S.G. § 5K1.1, the government is satisfied the defendant is entitled to a one (1) level reduction in his total offense level.

Respectfully submitted this the 9th day of January, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr241-MHT |
| | ) |
| XAVIER M. PHILLIPS | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Anderson Radney, Esq.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/Kent B. Brunson
    KENT B. BRUNSON
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: kent.brunson@usdoj.gov